

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00084 BRW |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ANTONIO LANE | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about June 13, 2022, the defendant,

ANTONIO LANE,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft of property, in Pulaski County, Arkansas, Circuit Court in Case Number 2016-3080;

2. Fleeing and theft by receiving, in Pope County, Arkansas, Circuit Court in Case Number 58CR-15-413;

3. Theft by receiving (2 counts), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-11-4256; and

4. Residential burglary, in Desha County, Arkansas, Circuit Court in Case Number 21ACR-06-19.

1

B.   On or about June 13, 2022, in the Eastern District of Arkansas, the defendant,

ANTONIO LANE,

knowingly possessed, in and affecting commerce, a firearm, that is: a Springfield, model S&K, 9mm caliber pistol, bearing serial number BY223197, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, ANTONIO LANE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]